UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                            CRIMINAL ACTION NO. 3:13-CR-00082-CRS

RAIMUNDO RAMIREZ                                                                       DEFENDANT

<u>Order</u>

For the reasons set forth in the Memorandum Opinion and the Court being otherwise sufficiently advised, the Court **ADOPTS** the report and recommendation of the magistrate judge in full. (DN 228).

The Court **GRANTS** Ramirez's motion to suppress the evidence seized from the forensic examination of the cell phone. (DN 122).

April 11, 2016

**Charles R. Simpson III, Senior Judge**
**United States District Court**