UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                              CRIMINAL ACTION NO. 3:13-CR-00082-CRS

RAIMUNDO RAMIREZ                                                      DEFENDANT

<u>Order</u>

The Court **SUSTAINS** the objection of the United States to the report and recommendation of the magistrate judge. The Court **OVERRULES** the objections of the defendant, Ramirez, to the report and recommendation of the magistrate judge. The Court **ACCEPTS** and **ADOPTS** the findings of fact, conclusions of law, and recommendations of the United States magistrate judge with the exception of the following: the Court **VACATES** the finding that the application for Target Telephone 1 was submitted on March 26, 2012. The Court **DENIES** Ramirez's original motion to suppress, ECF No. 125. The Court **GRANTS** in part and **DENIES** in part the supplemental motion to suppress, ECF No. 165.

October 11, 2016

Charles R. Simpson III, Senior Judge
United States District Court